# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                                                    Crim. No. 7:14-CR-51-1BO

KELVIN CALDWELL

On July 26, 2012, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.

/s/ Robert L. Thornton                    /s/ C. Lee Meeks, Jr.
Robert L. Thornton                        C. Lee Meeks, Jr.
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          200 Williamsburg Pkwy, Unit 2
                                          Jacksonville, NC 28546-6762
                                          Phone: 910-346-5105
                                          Executed On: November 21, 2016

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _21_ day of _November_, 2016.

Terrence W. Boyle
U.S. District Judge